UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DAQUAN CARLOS RODRIGUEZ,<br><br>　　　　　　　Defendant. | Case No. MJ23-220<br><br>DETENTION ORDER |

Mr. Rodriguez is charged with Possession of Controlled Substances with Intent to Distribute, 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), 841(b)(1)(C), and 18 U.S.C. § 2; and Carrying a Firearm During and in Relation to a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A)(i). The Court held a detention hearing on May 10, 2023, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. There is a rebuttable presumption of detention pursuant to 18 U.S.C. § 3142(e).

2. Mr. Rodriguez stipulated to detention.

3. Mr. Rodriguez poses a risk of nonappearance due to pending charges, a history of failure to appear with multiple active warrants, and criminal activity and other

DETENTION ORDER - 1

noncompliance while under court jurisdiction. In addition, because he was not interviewed by Pretrial Services, his ties to this district are unknown.

4. Mr. Rodriguez poses a risk of danger due to the nature of the instant offense, and criminal activity while under court jurisdiction.

5. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Rodriguez's appearance at future court hearings while addressing the danger to other persons or the community.

6. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of Mr. Rodriguez as required and the safety of the community.

IT IS THEREFORE ORDERED:

(1) Mr. Rodriguez shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Rodriguez shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Rodriguez is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Rodriguez, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this  10th  day of May, 2023.

                                                MICHELLE L. PETERSON
                                                United States Magistrate Judge

DETENTION ORDER - 3