HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR23-096-JNW |
| Plaintiff, | |
| vs. | ORDER GRANTING UNOPPOSED MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE |
| DAQUAN CARLOS RODRIGUEZ, | |
| Defendant. | |

THE COURT, having considered the unopposed motion to extend the deadline for pretrial motions, GRANTS the motion.

IT IS ORDERED that the due date for pretrial motions is extended from July 6, 2023, to July 24, 2023.

DONE this 23rd day of June 2023.

Jamal N. Whitehead
United States District Judge

Presented by:

s/ *Andrew Kennedy*
Assistant Federal Public Defender
Attorney for Daquan Rodriguez

ORDER TO EXTEND PRETRIAL MOTIONS DEADLINE - 1
(*U.S. v. Rodriguez*, CR23-096-JNW)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100