UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DAQUAN CARLOS RODRIGUEZ,<br><br>　　　　　Defendant. | NO. CR23-96<br><br>MINUTE ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND EXTEND PRETRIAL MOTIONS DEADLINE |

　　　The Court, having considered Daquan Carlos Rodriguez's unopposed motion to continue the trial date and extend the deadlines for pretrial motions, GRANTS the motion.

　　　It is ORDERED that the trial date in this matter shall be continued to October 10, 2023, and that pretrial motions shall be filed no later than September 4, 2023.

　　　Dated this 21st day of July 2023.

　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　*/s/Serge Bodnarchuk*
　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND EXTEND PRETRIAL MOTIONS DEADLINE - 1